# EXHIBIT B



**February 9, 2024**
**VIA EXPRESS MAIL**

Granite State Freeze Dried Candy
314 Riverdale Ave.,
Manchester, NH, 03103

Re:     **Trademark Infringement**

To Whom It May Concern:

This office represents Granite State Candy Shoppe, LLC, a well-known New Hampshire entity located at 13 Warren Street, Concord, New Hampshire. Granite State Candy Shoppe, LLC has used its trademark GRANTE STATE CANDY SHOPPE® as a primary source indicator with a date of first use in commerce for candy back to 1927.

Granite State Candy Shoppe LLC also holds an incontestable federal trademark registration for GRANITE STATE CANDY SHOPPE, U.S. Registration 2,905,274 for candy and ice cream in class 30 and for retail candy store services featuring candy and retail ice cream stores and online retail store services featuring ice cream in class 35. As an incontestable registration, this provides our client with conclusive evidence of the validity of the registered mark and exclusive right to use the trademark with the goods/services in the registration. Our client has therefore developed substantial and valuable goodwill and recognition in this trademark. A copy of U.S. Registration 2,905,274 is included for your convenience.

We reviewed your website, https://granitestatefreezedriedcandies.com/, and see that you are utilizing the mark "GRANITE STATE FREEZE DRIED CANDY" for candy products. We also note your implememtation of such use started after nearly 100 years of our client's well-established public use of its trademark. Under 15 U.S.C. §1114, trademark infringement and counterfeit offering of goods or services entitles a trademark owner to the remedies under 15 U.S.C. § 1117, including profits, damages, statutory damages of up to $100,000 per instance of use, as well as costs and attorney fees.

We also observed that on September 23, 2023, you filed U.S. Trademark Application Serial No. 98202421 to register the mark Granite State Freeze Dried Candy Est 2019, in class 30, for: Freeze Dried Candy Manufacturer and Processing Company and chocolates, freeze dried candy, hard candy, confection, gummy candy. If this matter is not amicably resolved, our client is prepared to oppose this application on a number of grounds, not the least of which is that the applied-for mark is likely to cause confusion with relevant customers.

Moreover, under the under the Uniform Domain Name Dispute Resolution Policy, as administered by ICANN, a trademark owner may take action against a domain name that is identical or confusingly similar to a registered trademark. If successful, the domain name can be cancelled and an

order can issue transferring the domain name from the original registrant to the rightful trademark owner. We note your use of the domain name "granitestatefreezedriedcandies.com."

In view of the foregoing, my client would very much prefer to settle this matter amicably and requests that you abandon all trademark usage of the term GRANITE STATE FREEZE DRIED CANDY, cancel the domain name registration for "granitestatefreezedriedcandies.com" and in the future avoid use of any other confusingly similar marks.

We request a response to this letter on or before February 23, 2023.

Our client reserves all rights.

Sincerely,

Steven Grossman
sgrossman@gtpp.com